

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TIMOTHY WEST,<br>　　　　Appellant, | § | No. 08-24-00042-CV |
| | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| STRETCH ZONE OF EL PASO, THE SALT<br>HAVEN LLC D/B/A STRETCH ZONE OF<br>EL PASO, GARNET C. BROOKS AND J.<br>DOE | § | of El Paso County, Texas |
| | § | (TC#2022DCV3662) |
| 　　　　Appellees. | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF JUNE 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.